8702. CENTRAL OF GEORGIA RAILWAY COMPANY v. SYMS.

LUKE, J. When this case was first before the court (*Syms* v. *Central of Georgia Ry. Co.*, 17 *Ga. App.* 699, 87 S. E. 1091), it was held that upon the evidence it was error to grant a nonsuit. The evidence upon the second trial being substantially the same as on the former trial, and the verdict having the approval of the trial judge, this court is now bound by the decision doubtfully agreed to as the law of the case.

Judgment affirmed. Wade, C. J., and Jenkins, J., concur.

DECIDED OCTOBER 31, 1917.

Action for damages; from city court of Savannah—Judge Davis Freeman. March 24, 1917.

*Lawton & Cunningham, H. W. Johnson,* for plaintiff in error. *Osborne, Lawrence & Abrahams,* contra.